Case 5:24-cr-40010-TC-RES   Document 1   Filed 01/31/24   Page 1 of 5
Case 7:25-mj-00164-CKM   Document 1   Filed 07/31/25   Page 1 of 5   Pageid#: 1

7:25mj164

# UNITED STATES DISTRICT COURT

## District of Kansas
### (Topeka Docket)

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.       **CASE NO.:** 24-40010-01-07-TC-RES

**STELUTA LACATUS,**
**STELA SAVA,**
**TERCA TARNOVAN,**
**ARADA URSULESCU,**
**SAINA TIFRAC,**
**ONITA ROSTAS,**
**VASILE SAVA,**

    **Defendants.**

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

July 31, 2025

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
    DEPUTY CLERK

**THE GRAND JURY CHARGES:**

## COUNT ONE

**Conspiracy to Commit Interstate Transportation of Stolen Property**
**[18 U.S.C. §§ 371 and 2314]**

That on a date unknown, but beginning on or before May 18, 2022, and continuing to on or about February 21, 2023, in the District of Kansas, and elsewhere, the defendants,

**STELUTA LACATUS,**
**STELA SAVA,**
**TERCA TARNOVAN,**
**ARADA URSULESCU,**
**SAINA TIFRAC,**
**ONITA ROSTAS,**
**VASILE SAVA,**

willfully and knowingly combined, conspired, confederated, and agreed together and with each other, and with others both known and unknown to the Grand Jury, to commit an offense against the United States, namely, the interstate transportation of stolen property, in violation of Title 18, United States Code, Section 2314.

It was a part and object of the conspiracy that the defendants, with others both known and unknown to the Grand Jury, willfully and knowingly transported, transmitted, and transferred in interstate and foreign commerce, goods, wares, merchandise, securities and money, of the value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314.

### MANNER AND MEANS OF THE CONSPIRACY

The United States contends that the defendants are members of, or associated with, an organized crime network made up of allied Roma clans that originate in central Romania. While in the United States, members of the clans work together and engage in various criminal activities, to include distraction-based theft targeting jewelry stores.

It was part of the conspiracy that the defendants and others, both known and unknown to the Grand Jury, would target businesses that offered jewelry and related items for sale. Within the District of Kansas, the defendants targeted Marks Jewelers, located in Lawrence, Kansas; Calhoun's Jewelers, located in Topeka, Kansas; Venable Jewelers, located in McPherson, Kansas; and, G. Thomas Jewelers, located in Manhattan, Kansas. At all times material to this Indictment, each of the named jewelry businesses were engaged in the wholesale purchase, distribution, and retail sale of jewelry products in interstate and foreign commerce and were businesses which affected interstate commerce.

It was also part of the conspiracy that the defendants and others, both known and unknown to the Grand Jury, would enter the respective jewelry store in groups of two or more and pretend to be interested in purchasing various items of jewelry. In each instance, one or more of the defendants would distract and / or separate the assisting employee(s) while one or more of the other defendants would remove, conceal, and ultimately exit the business with items of jewelry that were displayed for purchase.

It was also part of the conspiracy that the defendants would later transport the stolen jewelry from the District of Kansas to other locations throughout the United States for resale by others both known and unknown to the Grand Jury.

## OVERT ACTS

In furtherance of the conspiracy, and to affect the illegal object thereof, the following overt acts, among others, were committed in the District of Kansas and elsewhere:

On May 18, 2022, ONITA ROSTAS, VASILE SAVA, and SAINA TIFRAC stole approximately $50,000.00 worth of jewelry from Marks Jewelers.

On August 20, 2022, ONITA ROSTAS, VASILE SAVA, and ARADA URSULESCU stole approximately $9,900.00 worth of jewelry from Calhoun's Jewelers.

On February 20, 2023, STELUTA LACATUS, TERCA TARNOVAN, and STELA SAVA stole approximately $10,500.00 from Venable Jewelers.

On February 21, 2023, STELUTA LACATUS, TERCA TARNOVAN, and STELA SAVA stole approximately $26,800.00 in jewelry from G. Thomas Jewelers.

All in violation of Title 18, United States Code, Section 371, with reference to Title 18, United States Code, Section 2314.

**A TRUE BILL.**

| | |
|---|---|
| January 31, 2024 | s/Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

KATE E. BRUBACHER
UNITED STATES ATTORNEY
District of Kansas

By:     /s/ *Jared S. Maag*
        JARED S. MAAG,  Ks. S. Ct. No. 17222
        Assistant United States Attorney
        District of Kansas
        444 SE Quincy St., Suite 290
        Topeka, Kansas 66683
        Ph: (785) 295-2850
        Fax: (785) 295-2853
        Email: jared.maag@usdoj.gov

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

# PENALTIES

## COUNT ONE

**Conspiracy to Commit Interstate Transportation of Stolen Property**
**[18 U.S.C. §§ 371 and 2314]**

- A term of imprisonment not to exceed five (5) years.
  18 U.S.C. § 371.

- A fine not to exceed $250,000.00
  18 U.S.C. § 3571(b)(3).

- Or both

- A term of supervised release not to exceed three (3) years.
  18 U.S.C. § 3583(b)(2).

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A).

- Restitution.
  18 U.S.C. § 3663